Willie J. McCreary II,

    Plaintiff

    VS

Judge Anne Geoffrion, Judge Marie Lyons, Attorney Nancy D. O'Connor,

    Defendants

FILED
IN CLERK'S OFFICE    United States District Court

2005 FEB 23  P  1: 56    Office of the Clerk

U.S. DISTRICT COURT    United States Courthouse
DISTRICT OF MASS.

C.A. 05-30053-KPN

It now comes before the Court, Willie J. McCreary II, who resides at 17 Daytona Street,

Springfield, MA, the matter of seeking the Court's indulgence in regards to granting relief to the

Plaintiff in the form of a civil injunction against the parties listed as Defendants in this action.

The Plaintiff in this action is currently a Defendant in a divorce proceeding, Docket #03D-1572

regarding Linda A. McCreary , Plaintiff vs Willie J. McCreary II.  Initially, Judge Anne

 Geoffrion presided over this particular case prior to it being assigned to Judge Marie Lyons.  A

hearing was scheduled, the Plaintiff known as the Defendant in this action was working two full

time jobs, and so due to the established routine of employment missed the initial hearing on

February 23, 2004. Therefore,  the Plaintiff in this action, Linda A. McCreary , was granted

custody and was awarded Child Support payments of $461 per week by the then presiding

Justice Anne Geoffrion. Upon being Served notice of this action, Defendant ( W. McCreary ),

filed a Motion to Reconsider.  This motion was to be heard before Judge Anne Geoffrion on

April 7, 2004, both parties were served notice; however only the Defendant ( W. McCreary )

appeared.  Judge Geoffrion asked her clerk if Attorney Nancy D. O'Connor and the Plaintiff

were served notice.  This was affirmed by the Clerk.  Judge Geofrrion then said, "I'll give them

a break."  The Defendant said, "You didn't give me a break ."  A reference to the action taken by

the Court when the Defendant did not appear.  Judge Geoffrion smiled smugly and said, "That's

right. Your wife's attorney said you wouldn't show up anyway." This hearing was rescheduled

for May 19, 2004 . On that date, Judge Geoffrion denied the Defendant's motion. Throughout

the proceeding she was hostile, and highly confrontation towards the Defendant. Further, she

displayed an equally elevated biased and prejudicial attitude towards the Plaintiff and her

attorney, Nancy D. O'Connor. Immediately after this hearing, the Defendant filed a Motion for

the Recusal of Judge Geoffrion, and Filed a Complaint with the Commission of Judicial

Conduct. Further , during the proceedings, the Defendant observed Attorney 'Connor had in her

possesion financial records, namely, copies of pay stubs of the Defendant. Pay stubs not given or

mailed to Attorney. This was Illegal search an seizure, and this was brought to the attention of

Judge Geoffrion; however, she refused to take action and refused to ask for the documents, thus

failing to protect the Defendant's privacy rights, and Fourth Amendment right to be free of

illegal search and seizure. On June 2, 2004, the Motion for Recusal was heard. Again, Judge

Geoffrion was overtly rude and agitated as she aid in a harsh tone of voice, "Today is your lucky

day. Your case has been assigned to another judge." She wrote on the Motion, and then said to

her clerk,"Next case." Signifying the Defendant was dismissed..

On September 29, 2004, the Defendant appeared before Judge Lyons. Attorney O'Connor filed

a Motion of noncompliance regarding the PACT classes for divorcing parents which is

mandatory. The Plaintiff completed the Classes with the Parents Apart organization. Defendant

stated he was compliant. Judge Lyons became irate, yelling in court. Defendant asked to see the

file. Due to the certificate being a bright color and slightly larger than standard sized paper, he

turned to the certificate immediately and presented it to the Judge. Judge Lyons started yelling

and screaming in open court at the Defendant : "Did you put that in your file?" Yes, I did, the

Defendant replied. "You don't ever put anything in that file." Defendant explained he was

at 211 Poplar Street, Chicopee, MA, telephone ( 413 ) 592-5858 to get a copy of Defendant's

2003 tax returns as these record were missing from Defendant's home on 17 Daytona street.

Plaintiff had been entering the Defendant's home while Defendant was away.  Plaintiff resides

at 104 Rochelle Street, Springfield, MA.  This behavior ceased only when Defendant confronted

the Plaintiff on his property and informed her she could not enter his home without his per-

mission or his presence, and that if she did so, the police would be called and she would be

arrested for breaking and entering whether or not she had a key.

The Family and Probate Court 's wage assignment was from the job at Providence Hospital,

and the court sent a court order informing Providence Hospital to take out a group/family health

insurance policy.  Defendant has had a group/family health insurance plan with his primary

employer Connecticut Department of Correction since April 1, 2000, yet a court order for group

insurance was issued and Providence Hospital complied with the court order.  Ms Shannon

Vidote works in the Payroll Department at Providence Hospital.  She received Coupons from

the Department of Revenue, and she received a formula from DOR instructing her how much to

deduct from Defendant's pay on a weekly basis.  The sum was $256.79, which adds up to the

sum of 1027.16 per month.  Starting September 12, 2004, Defendant hours were changed from

40 hours to 24 based on a shift posted around August 2004.  Due to seniority, Defendant got this

24 hour position.  Shannon Vidote wanted to lower the payments to $164.00 weekly based, again

the formula provided by DOR. On Septemper 23, 2003,  Defendant wrote and signed a Waiver

in the presence of Ms Vidote agreeing to allow sum of $256.79 be deducted weekly for the

payment of child support.


On February 17, 2005, the Defendant appeared before Judge Lyons on the Contempt Complaint

issued by Attorney Nancy D. O'Connor. She alleged that the Defendant owed the Plaintiff

over $10,338.44 in back child support, and that the Plaintiff had only received $8,101.56 in child

support. Defendant produced a Document from the DOR office located in Springfield, MA,

it was dated 9-21-2004 and it clearly stated that as of the same $9,226.71 had been deducted

from the Defendant's pay : **the Family Total received in dollar amounts was listed as**

**$6,845.71, the Agency total received was listed as 2,381.00. Next, the Defendant turned the**

**court's attention to his final pay stub from Providence dated 12-30-04, it clearly showed as**

**of that date a total of $12,054.02 had been deducted from the Defendant wages.**   DOR

had now started deducting child support from Providence and started Deducting it from the

Connecticut Department of Correction to the Sum of **$1002.70 on 2-4-05, and on 2-18-05,**

**$983.42 was deducted bringing the total of these deductions to $1,986.12.**  Judge Lyons,

and , Attorney O'Connor were presented with exhibits showing the Defendant's monthly expen-

ses were **$2611.64.** Judge Lyons demanded to know why the full amount had not been paid.

The Defendant explained that DOR sought out Providence Hosiptal and what he had been told

by Ms Vidote, the Payroll Clerk. Also. Defendant stated the Child support was Excessive and

felt **$1,000** a month was reasonable.  Judge Lyons then said, "I'm sentencing you to 120 days

at Ludlow on work release." As the Defendant was being handcuffed, Defendant said, "You

just cost me both my jobs." She then yelled, "You have the money and you can afford it!"

Defendant was placed in a holding area, hanccuffed all the while . After about thirty minutes

the Defendant was again brought before Judge Lyons. Attorney O"Connor then said in

addition to the over $10, 000 in back child support, she wanted the Defendant to pay her

attorney fees which were $525, $125 for the Plaintiff Linda A. Animah due to missing work

( the Plaintiff makes over $31, 000 per annum), $50 fee for being served by a Constable, etc

with the total over $13,000.  Again, Defendant informed the court he did not have that type

of money.  Judge Lyons said , "You do, " then said directly to Attorney O'Connor, "With what

he gets in rent, that brings his income to over $87,000."  Defendant suggested Re-financing his

home on 17 Daytona street.  Attorney O'Connor refused to consider this.  She informed the

Court of a Supplement Life Insurance Policy and suggested to Judge Lyons the Defendant could

get a loan for the money from this policy.  Judge Lyons agreed and **under duress** the Defendant

**agreed.** Judge Lyons the said, "I'm suspending your until  sentence February 24, 2005."  At that,

the handcuffs were removed.

Later, Plaintiff reported to the Federal Bureau of Investigation and spoke with Special Agent

Andrew E. Litowitz.  Defendant had reported the Plaintiff who calls herself Linda A.  Animah

( McCreary ) entered the United under this name which is an alias, therby committing the

crime of illegal entry by fraud.  She is an illegal alien and is not subject to the rights and privi-

leges of the United States.

The Defendant respectfully ask the court to grant this Civil Injunction against the parties listed

above.  Throughout these proceedings, the Defendant right to due process, equal protection

of the law, the right to be heard, to be free unlawful threats, coercion subjecting the Defendant

to which overcomes his will and coerces him to comply with this demand   The Defendant seeks

remedy in th form of a Civil Injunction as these actions by the court ( Judge Lyons )  will cause

irreparable injury to the Plaintiff in this Matter.  As of March 1, 2005, the Defendant will be two

months behind on his Mortgage, automobile payment, electric, gas, credit cards .  Further , if the

Defendant is incarcerated due to the policies concerning employee conduct, the Defendant will

in all likelihood be terminated from both Providence Hospital and the Connecticut Department

of Correction.   The concept of Due process has as its most fundamental core the right to fairness,

and substantial justice.  Further the Plaintiff contends his right to be heard was abridged during

these proceeding based on discrimination and inherent biases and prejudices :

( 1 ) The Plaintiff acted as Pro Se out of economic necessity and did not have the resources to

    Retain a lawyer.  The court exhibited bias /prejudice due to Defendant Pro Se status.

( 2 ) The court exhibited a strong Bias/prejudice due to the Defendant.  The Defendant is an

    African-American male.

( 3 ) The court exhibited bias/prejudice based on the Defendant's gender.  The Defender is male.


The Defendant contends Judge Anne Geoffrion and Judge Marie Lyons are guilty of not pro-

tecting my rights and have violated my rights.  In the case of Judge Lyons she along with

Attorney Nancy D. O'Connor have been instrumental in subjecting the Defendant to malicious

prosecution due to her inability to utilize judicial restraint while acting  as an activist judge pre-

judging the Defendant as a Victimizer and the Plaintiff ( regarding #03d-1572 ) as a Victim.

It is all to apparent to the Plaintiff that both Judge Geoffrion and Judge Lyons are incapable

of suspending their inherent biases and prejudices when they step into their robes.


Irreparable harm/injury will befall the Plaintiff if Judge Lyons order of 120 days in Ludlow Jail

is allowed to stand.  Plaintiff  is a Diabetic who is the sole support of his tewnty-three year old

daughter and seven year old grandson.  Plaintiff's daughter was involved in an automobile

accident and is not working.  If the Plaintiff  is incarcerated they too will become homeless,

and the Plaintiff's tenant on the first floor will perhaps be compromised into finding somehere

else to live, if the Plaintiff's home goes into foreclosure.

The Plaintiff seeks and injunction against the order of Judge Marie Lyons **sentencing the**
**Plaintiff** to 120 days in Ludlow jail. Further, the Defendant would **request** of that both Judge
Geoffrion **and Judge Lyons** served with a Permanent Restraining order barring them from acting
in any way as a presiding Justice over any proceedings involving **Docket #03d-1572** as it is
self evident **their actions have** less to do with law, but more to do with retaliation based on the
Plaintiff's complaints to the Commission an Judicial conduct as well **as each receiving** a motion
from the **Defendant to recuse** themselves. With the Court indulgence, the Plaintiff would ask
all motions and decisions made by Judge Geoffrion and Judge Lyons **be made null** and void,
that the Plaintiff **be assigned another judge** to handle this divorce proceeding. The only ex-
ception being an order to pay $256.79 in child support. **Currently, in less than** a year of the
original **order a total of $14,648.74** has been paid out as child support.

Signed under the pains and penalties of **perjury this 23rd** day of February, 2005

*[signature]*

Willie J. McCveary II
17 Daytona Street
Springfield, MA 01108
(413) 204-5787

*EXHIBIT B*



REPUBLIC OF GHANA

# BIRTH CERTIFICATE

(Section 11 Act 301)

*This is to certify that the birth*

of LINDA ABENA ANIMAH

born at KUMASI

on the 13TH day of JANUARY, 1963

has been duly registered in the Register of Births for KUMASI in the ASHANTI Registration District.

is the ~~male~~/female child of KOFI ANTWI

a National of GHANA and

ADWOA PRAMANG a National of GHANA

Witness my hand this 7TH day of JANUARY, 19 81

*Registrar*

ENTRY No K4253/A8H/63

Entry No.

GPO/V1641/1,000bks/1000./12/70-71

# BAY STATE FUEL OIL INC.

P.O. BOX 226
WEST SPFLD   MA 01090
413-733-5088/800-529-5088

**STATEMENT**

*Exhibit A*

| Date | Invoice | Description | | | |
|------|---------|-------------|---|---|---|
| 10/23/2003 | 35585 | SERVICE INVOICE: 35585 | $52.95 | $0.00 | $67.23 |
| 10/23/2003 | 35585 | SERVICE INVOICE: 35585 | $0.71 | $0.00 | $67.94 |
| 10/23/2003 | 35585 | SERVICE INVOICE: 35585 | $8.25 | $0.00 | $76.19 |
| 10/23/2003 | 35585 | SERVICE INVOICE: 35585 | $0.41 | $0.00 | $76.60 |
| 10/28/2003 | 169996 | CASH PAYMENT | $0.00 | $71.61 | $4.99 |
| 10/28/2003 | 169997 | SALES DISC. | $0.00 | $5.00 | $-0.01 |
| 1/17/2004 | 156813 | CASH PAYMENT | $0.00 | $144.00 | $-144.01 |
| 1/19/2004 | 156814 | #2 FUEL | $144.00 | $0.00 | $-0.01 |
| 1/30/2004 | 156815 | #2 FUEL | $74.50 | $0.00 | $74.49 |
| 1/30/2004 | 156816 | CHECK PAYMENT | $0.00 | $74.50 | $-0.01 |
| 2/6/2004 | 397969 | CASH PAYMENT | $0.00 | $145.00 | $-145.01 |
| 2/6/2004 | 397970 | #2 FUEL | $145.00 | $0.00 | $-0.01 |
| 2/12/2004 | 397971 | CASH PAYMENT | $0.00 | $69.50 | $-69.51 |
| 2/13/2004 | 397972 | #2 FUEL | $69.50 | $0.00 | $-0.01 |
| 2/27/2004 | 397973 | CASH PAYMENT | $0.00 | $69.50 | $-69.51 |
| 2/28/2004 | 397974 | #2 FUEL | $69.50 | $0.00 | $-0.01 |
| 3/11/2004 | 380858 | CASH PAYMENT | $0.00 | $139.00 | $-139.01 |
| 3/11/2004 | 380859 | #2 FUEL | $139.00 | $0.00 | $-0.01 |
| 3/12/2004 | 380860 | SALES DISC. | $0.00 | $-0.01 | $0.00 |
| 3/19/2004 | 380861 | CASH PAYMENT | $0.00 | $134.00 | $-134.00 |
| 3/22/2004 | 380862 | #2 FUEL | $134.00 | $0.00 | $0.00 |
| 10/6/2004 | 695279 | MC/VISA PAYMENT | $0.00 | $350.00 | $-350.00 |
| 10/7/2004 | 495744 | 200.1 GAL #2 FUEL | $350.18 | $0.00 | $0.18 |
| 11/12/2004 | 698449 | CASH | $0.00 | $178.00 | $-177.82 |
| 11/13/2004 | 527095 | 100 GAL #2 FUEL | $178.00 | $0.00 | $0.18 |
| 11/13/2004 | 527095 | DISCOUNT | $0.00 | $5.00 | $-4.82 |
| 12/20/2004 | 701899 | MC/VISA PAYMENT: 03754Y | $0.00 | $183.00 | $-187.82 |
| 12/21/2004 | 171401 | 100.1 GAL #2 FUEL | $183.18 | $0.00 | $-4.64 |
| 12/21/2004 | 171401 | DISCOUNT | $0.00 | $5.01 | $-9.65 |

*Please Return This Portion With Your Payment*

Customer #:   16956          Statement Date:  1/27/2005        Amount Enclosed:  $ _____

MR. WILLIE MCCREARY, II
17 DAYTONA STREET
SPRINGFIELD, MA.  01108

| Current: | 30 Days: | 60 Days: | 90 Days: | Over 120 Days: | Credit Balance: | $-10.00 |
|----------|----------|----------|----------|----------------|-----------------|---------|
| $-10.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

# BAY STATE FUEL OIL INC.
P.O. BOX 226
WEST SPFLD   MA 01090
413-733-5088/800-529-5088

# S T A T E M E N T

| Date | Number | Description | | | |
|------|--------|-------------|---|---|---|
| 12/22/2004 | 702164 | SALES DISC. | $5.01 | $0.00 | $-4.64 |
| 12/25/2004 | 113169 | SERVICE INVOICE: 113169 | $164.25 | $0.00 | $159.61 |
| 12/25/2004 | 702766 | CASH PAYMENT | $0.00 | $165.00 | $-5.39 |
| 1/3/2005 | 169441 | 100.1 GAL #2 FUEL | $169.17 | $0.00 | $163.78 |
| 1/4/2005 | 703220 | CHECK: ACCT 16955 | $0.00 | $163.78 | $0.00 |
| 1/9/2005 | 703878 | 200 GAL #2 FUEL | $338.00 | $0.00 | $338.00 |
| 1/9/2005 | 703878 | CASH | $0.00 | $338.00 | $0.00 |
| 1/21/2005 | 705124 | DISCOUNT | $0.00 | $10.00 | $-10.00 |
| 1/21/2005 | 705124 | MC/VISA PAYMENT: 03124Z | $0.00 | $179.00 | $-189.00 |
| 1/21/2005 | 175187 | 100 GAL #2 FUEL | $179.00 | $0.00 | $-10.00 |

**Credit Balance:**          **$-10.00**

*[handwritten:]* 1-27-05 $ 368.00
2-4-05    368.00
736

total:
$ 1561.28

1561.28
736
$ 2297.28

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

*Please Return This Portion With Your Payment*

Customer #:   16956          Statement Date:  1/27/2005
                                            Amount Enclosed: $ _____

MR. WILLIE MCCREARY, II
17 DAYTONA STREET
SPRINGFIELD, MA.  01108

| Current: | 30 Days: | 60 Days: | 90 Days: | Over 120 Days: | Credit Balance: | |
|----------|----------|----------|----------|----------------|-----------------|--|
| -10.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $-10.00 |

*Exhibit B*

# BAY STATE FUEL OIL INC.

P.O. BOX 226
WEST SPFLD   MA 01090
413-733-5088/800-529-5088

# S T A T E M E N T

| Date | Invoice | Description | | | |
|------|---------|-------------|------|------|------|
| 2/13/2004 | 123484 | #2 FUEL | $69.50 | $0.00 | $-4.30 |
| 2/16/2004 | 123485 | CASH PAYMENT | $0.00 | $139.00 | $-143.30 |
| 2/17/2004 | 123486 | #2 FUEL | $143.17 | $0.00 | $-0.13 |
| 2/27/2004 | 123487 | CASH PAYMENT | $0.00 | $69.50 | $-69.63 |
| 2/28/2004 | 123488 | #2 FUEL | $69.50 | $0.00 | $-0.13 |
| 10/6/2004 | 695278 | MC/VISA PAYMENT | $0.00 | $175.00 | $-175.13 |
| 10/6/2004 | 696042 | SERVICE INVOICE: 696042 | $67.95 | $0.00 | $-107.18 |
| 10/6/2004 | 696043 | SERVICE INVOICE: 696043 | $77.95 | $0.00 | $-29.23 |
| 10/6/2004 | 696162 | CASH PAYMENT | $0.00 | $146.00 | $-175.23 |
| 10/20/2004 | 495745 | 100.1 GAL #2 FUEL | $175.18 | $0.00 | $-0.05 |
| 11/12/2004 | 698450 | CASH | $0.00 | $178.00 | $-178.05 |
| 11/12/2004 | 698684 | SERVICE INVOICE: 698684 | $134.25 | $0.00 | $-43.80 |
| 11/12/2004 | 698712 | CASH PAYMENT | $0.00 | $134.25 | $-178.05 |
| 11/13/2004 | 527095 | 100 GAL #2 FUEL | $178.00 | $0.00 | $-0.05 |
| 11/13/2004 | 527095 | DISCOUNT | $0.00 | $5.00 | $-5.05 |
| 12/4/2004 | 169901 | 100 GAL #2 FUEL | $183.00 | $0.00 | $177.95 |
| 12/14/2004 | 701211 | CASH: 7014 | $0.00 | $173.00 | $4.95 |
| 12/14/2004 | 701211 | DISCOUNT | $0.00 | $4.95 | $0.00 |
| 12/14/2004 | 701212 | CASH | $0.00 | $173.00 | $-173.00 |
| 12/15/2004 | 170514 | 100.1 GAL #2 FUEL | $173.17 | $0.00 | $0.17 |
| 12/15/2004 | 170514 | DISCOUNT | $0.00 | $5.01 | $-4.84 |
| 12/20/2004 | 701900 | MC/VISA PAYMENT: 03745Y | $0.00 | $183.00 | $-187.84 |
| 12/21/2004 | 171402 | 100.1 GAL #2 FUEL | $183.18 | $0.00 | $-4.66 |
| 12/21/2004 | 171402 | DISCOUNT | $0.00 | $5.01 | $-9.67 |
| 12/22/2004 | 702167 | SALES DISC. | $5.01 | $0.00 | $-4.66 |
| 12/31/2004 | 702912 | CASH: 7044 | $0.00 | $169.00 | $-173.66 |
| 1/4/2005 | 703221 | CHECK: ACCT 16956 | $0.00 | $-163.78 | $-9.88 |
| 1/21/2005 | 705125 | MC/VISA PAYMENT: 03124Z | $0.00 | $179.00 | $-188.88 |
| 1/21/2005 | 175186 | 100 GAL #2 FUEL | $179.00 | $0.00 | $-9.88 |

*Please Return This Portion With Your Payment*

*total: 1545.00*

Customer #:   16955

Statement Date:   1/27/2005

Amount Enclosed:  $ _____

MR. WILLIE J. MCCREARY, II
17 DAYTONA STREET
SPRINGFIELD, MA.  01108

| urrent: | 30 Days: | 60 Days: | 90 Days: | Over 120 Days: | Credit Balance: | |
|---------|----------|----------|----------|----------------|-----------------|---|
| -9.88 | $0.00 | $0.00 | $0.00 | $0.00 | | $-9.88 |


*Exhibit C*



**All The Ingredients**

STOP & SHOP #094
W. SPRINGFIELD, MA
737-8770

WELCOME! I'M MATT    3:01pm  1/02/05
Tran 76107 Terminal  11 Cashier 00175

| | |
|---|---|
| Total | $0.00 |
| Coinstar Tender | $161.47 |
| Subtotal | $0.00 |
| Total | $0.00 |
| Total tender | $161.47 |
| Change | $161.47 |

PLEASE NOTE: YOUR YEAR-TO-DATE
SAVINGS TOTAL (LOCATED ON THE
BOTTOM OF YOUR RECEIPT) WILL
RESET TO ZERO ON JANUARY 1, 2005.

Oil Total:

1545.
2297.28
$ 3842.28

*Exhibit D*

# BAY STATE FUEL OIL, INC.
## "Don't Hesitate, Call Bay State"
P.O. Box 226
WEST SPRINGFIELD, MA 01090
### Phone 733-5088
### FAX 731-6751

| CUSTOMER'S ORDER NO. | PHONE | | DATE 1/27/2005 |
|---|---|---|---|
| NAME 17 DAYTONA ST | | | |
| ADDRESS SPFLD | | | |

paid cash 200 glns

| SOLD BY | RECEIVED BY | | TAX |
|---|---|---|---|
| | | | TOTAL $318.00 |

All claims and returned goods MUST be
accompanied by this bill.

*Thank You*

7079

PRODUCT 609  NEBS Inc., Groton, Mass. 01471.

*Exhibit E*

# BAY STATE FUEL OIL, INC.
## "Don't Hesitate, Call Bay State"
P.O. Box 226
WEST SPRINGFIELD, MA 01090
**Phone 733-5088**
**FAX 731-6751**

| CUSTOMER'S ORDER NO. | PHONE | | DATE 2/4/05  19 |
|---|---|---|---|
| NAME McCreary  1st + 2nd Fl | | | |
| ADDRESS 17 Daytona St Spfld | | | |
| | | | |
| | 200 Gals | | 368 | 00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TAX | |
| SOLD BY  Sim  RECEIVED BY | | TOTAL | 368 | 00 |

9013

All claims and returned goods MUST be accompanied by this bill.

*Thank You*

PRODUCT 609  NEBS Inc., Groton, Mass. 01471

03D-1572    EXHIBIT F

## MONTHLY EXPENSES

OPTION ONE MORTGAGE.................................................$640.00
CITI-FINANCIAL MORTGAGE.........................................$156.14
AUTOMOBILE PAYMENT...............................................$415.50
AUTOMOBILE INSURANCE..............................................$115.00
HOME INSURANCE......................................................$ 55.00
ELECTRIC ( WMEC )....................................................$ 70.00
BAYSTATE GAS..........................................................$ 35.00
GASOLINE FOR AUTO..................................................$160.00
MASTERCARD #1.........................................................$160.00
MASTERCARD #2.........................................................$100.00
CITI ( VISA )...............................................................$100.00
TARGET ( VISA )..........................................................$100.00
DISCOVER.................................................................$140.00
DELL COMPUTER.......................................................$100.00
T-MOBILE.................................................................$150.00
..............................................................................
TOTAL....................................................................
                                                          $2611.64


## QUARTERLY EXPENSES

PROPERTY TAXES.......................................$525.00
SUPPLEMENTAL LIFE/HOME INSURANCE.............$117.12
HOME ALARM SYSTEM........................................$ 72.00
...............................................................................
TOTAL.........................................................$714.12

Exhibit 6

000026726  WILLIE J. MCCREARY, II    6164  11/30/04  12/25/04  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  CHECK NO 19517

| HOL | 0.0000 | VAC | 0.0000 | SICK | 52 | 0.0000 EXEMPT | 00 00 00 |

PROVIDENCE HOSPITAL

PERS 0.0000 CTO    156.0846 EIT    270.1777

| | |
|---|---|
| GROSS | 470.56 |
| GROSS YTD | 45684.77 |
| NET | 90.75 |
| NET YTD | 18596.03 |

**EARNINGS**

| DESC | | HOURS | DOLLARS | RATE |
|---|---|---|---|---|
| REG | 1 | 16.00 | 261.44 | 16.340 |
| CTO | 1 | 8.00 | 130.72 | 16.340 |
| SHFT3 | 1 | .00 | 55.26 | |
| WKND | 1 | .00 | 23.20 | |
| **TOTAL** | | 24.00 | 470.56 | |

**DEDUCTIONS/TAXES**

| DESC | CURRENT | YEAR TO DATE |
|---|---|---|
| SSEC | 29.17 | 2782.38 |
| MEDI | 6.82 | 650.72 |
| FIT | 56.10 | 7411.36 |
| ST22 | 23.03 | 2186.54 |
| CHLD | 256.79 | 12054.02 |
| WATT | | 558.00 |
| PEPO | | 887.60 |
| DUES | 7.84 | 628.12 |
| **TOT** | 379.81 | 27008.74 |

**EMPLOYEE BENEFITS**

| | CURRENT | YEAR TO DATE |
|---|---|---|
| CTO | 2.9538 | 233.7808 |
| MISC | .4615 | 36.5267 |
| TOT | 3.4153 | 270.3075 |

EXHIBIT H

**State of Connecticut**
Office of the State Comptroller, 55 Elm Street
Hartford CT 061106-1775

| Pay Group: | B81-All Biweekly 28-Day 1 |
|---|---|
| Pay Begin Date: | 01/07/2005 |
| Pay End Date: | 01/20/2005 |

| Business Unit: AGNCY | |
|---|---|
| Check #: | 033003679 |
| Check Date: | 02/04/2005 |

| Employee ID: 965099 | |
|---|---|
| Department: | DOC89050-Osborn Correction1 Inst |
| Location: | Osborn CI Records |
| Job Title: | CorrectionalCounselor |
| Pay Rate: | $1,827.02 Biweekly |

| TAX DATA: | Federal | State |
|---|---|---|
| Marital Status: | Married | |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

DOC89050 DOC129005

Willie J Mccreary ii
10 Revere Street
Springfield, MA  01108

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 25.200276 | 72.50 | 1,827.02 | | 5,481.06 |
| Meal - DOC 7.00 | 7.000000 | 9.00 | 63.00 | | 180.00 |

| Total: | 81.50 | 1,890.02 | 5,670.06 |
|---|---|---|---|

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 182.62 | 547.85 |
| Fed MED/EE | 26.14 | 78.43 |
| Fed OASDI/EE | 111.78 | 335.35 |
| CT Withholding | 69.96 | 209.88 |

| Total: | 390.50 | 1,171.51 |
|---|---|---|

**BEFORE TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Sers2AHZD | 94.50 | 283.50 |
| Anthem Out of Area | 78.47 | 235.41 |
| Anthem Dental A & C | 8.58 | 25.74 |

| Total: | 181.55 | 544.65 |
|---|---|---|

**AFTER TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Local391D | 17.67 | 53.01 |
| GrpLifBas | 7.60 | 22.80 |
| Garnish&incr-Cirisi | 1,002.70 | 1,002.70 |
| STDColLrf | 31.61 | 94.83 |

| Total: | 1,059.58 | 1,173.34 |
|---|---|---|

**LEAVE BALANCES AS OF 01/20/2005**

| Description | Balance |
|---|---|
| Sick | 57.0000 |
| Vacation | 4.2437 |
| Personal | 3.0000 |

**TOTAL GROSS**

| | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| Current: | 1,890.02 | | 390.50 | 1,241.13 | 258.39 |
| YTD: | 5,670.06 | | 1,171.51 | 1,717.99 | 2,780.56 |

**NET PAY DISTRIBUTION**

Check #033003679

| | NET PAY |
|---|---|
| | 258.39 |

| Total: | 258.39 |
|---|---|

**MESSAGE:**

Exhibit I

**806 East Elm Street**
**West Springfield, MA 01089**
**Phone 413-733-8354**
**Fax 413-747-9113**
**www.affordable-auto-glass.com**

| INVOICE NUMBER | 30273 |
|---|---|
| DATE | 1/26/2005 |
| REFERENCE # | Wrk: 20034 |
| TAX ID NUMBER | 043-553-526 |

```
AFFORDABLE AUTO GLASS
     806 ELM ST
  W SPRINGFIELD, MA 01089
    TID: 005336524
01/26/05          14:55:16

SALE

270250023086
BATCH: 217
1C xxxxxxxxxxx0309
APPR CODE: 057388
INV#: 000002


AMOUNT:        $ 124.88
           ===============
TOTAL:         $ 124.88

      CUSTOMER COPY
```

| NUMBER | PO NUMBER | | | |
|---|---|---|---|---|
| | | INSTALL DATE: | 1/26/2005 | 12:00 P | In Shop |
| | | INSTALLED BY: | Derek Friend | | |
| | | TERMS: | | | |

12:23PM

SOLD TO:
Attn: William Mccreary
17 Daytona Street
Springfield, MA 01108

W: (413)204-5787

### Insurance Information

| AGENT: | VERIFIED BY: | DISPATCH #: |
|---|---|---|
| | POLICY NUMBER: | |
| | CLAIM NUMBER: | |
| | CAUSE OF LOSS: | |
| | DATE OF LOSS: | DEDUCTIBLE: |

### Vehicle Information

| MAKE: | CHEVROLET | MODEL: | S10 BLAZER | YEAR: | 1998 |
|---|---|---|---|---|---|
| BODY: | 4 DOOR UTILITY | VIN: | 1GNDT13W8W2250704 | ODOMETER: | |
| STOCK #: | | R.O. #: | UNIT #: | LICENSE #: | 6602EP |

| Qnty | Part Number | Hours | Labor | Adhesive | List Price | Net Price | Line Total |
|---|---|---|---|---|---|---|---|
| 1.00 | DW01168GBNN | 2.20 | $0.00 | $0.00 | $536.15 | $107.23 | $107.23 |
| | Windshield (Solar) (May need Mldgs) | | | | | | |
| 1.00 | HAH000004-20 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Adhesive Adhesive (Urethane,Dam,Primer) | | | | | | |
| 1.00 | HML008582 | 0.00 | $0.00 | $0.00 | $11.70 | $11.70 | $11.70 |
| | OEM # - 15726940    Moulding Moulding (Reveal) | | | | | | |

do blades



| | |
|---|---|
| Total Labor | $0.00 |
| Total Kit | $0.00 |
| Total Parts | $118.93 |
| Subtotal | $118.93 |
| Sales Tax @ 5.0000 % | $5.95 |

Thank You! Josephine

**Customer Signature:**    **Amount Due: $124.88**    **Invoice Total**    **$124.88**

I hereby authorize the above repair work to be done, along with the necessary material, and hereby grant you and/or your employees permission to operate the vehicle herein described on street, highways, and elsewhere for the purpose of inspection, testing, and pick-up/delivery to me. AN EXPRESS MECHANIC'S LIEN is hereby acknowledged on the above vehicle to secure the amount of repairs thereto. Not responsible for loss or damage to vehicle or articles therein by causes beyond our control.REPLACEMENT HAS BEEN MADE TO MY SATISFACTION AND I HEREBY ASSIGN SUCH PROCEEDS AS MAY BE REQUIRED TO SATISFY ALL AMOUNTS DUE AND OWING TO THE ABOVE NAMED COMPANY FOR SAID INSTALLATION. IF FOR ANY REASON THE INSURANCE COMPANY DOES NOT PAY FOR THESE REPAIRS/REPLACEMENTS, THE ABOVE SIGNED AGREES TO PAY FOR SAID REPAIRS/REPLACEMENTS.

Exhibit J J

CONVENIENCE PLUS
570 SUMNER AVE.
SPRINGFIELD, MA

SHELL
570 SUMNER AVE
SPRINGFIELD          MA
ST# 52078200020

01/23/05       14:58:12
MCCREARY/WILLIE
VISA            ACCT#
XXXX XXXX XXXX 6168

CPT# 9-9696
INV# 0154625
AUTH# 00064894

PUMP#  7
Midgrade        10.001G
SELF
PRICE/GAL       $1.979

FUEL TOTAL      $19.79

TOTAL           $19.79

WELCOME

54292938846165129
191650
KAYROUZ RACING SMK
685 SUMNER AVE.
SPRINGFIELD          MA
01108, 413-739-0665

MC AUTH#065376
SEQ# 0063 EXP **/**
DATE 02/08/05 14:14
REF#50391907867020
BATCH#  200502070009

PUMP #03  C
PRODUCT:  89
VOLUME:        11.654G
PRICE/G: $ 1.979
FUEL SALE:  $ 23.06
TOTAL SALE  $ 23.06

THANK YOU
HAVE A NICE DAY

# facsimile  ~~Exhibit~~ *Exhibit*  L

Anthem Blue Cross and Blue Shield
370 Bassett Road
North Haven, CT 06473
Tel 1-800-233-4947
Fax (203) 985-6659
www.anthem.com

## Privileged and Confidential Communication

**Anthem.**

| To: | Number of pages (including cover): |
|---|---|
| Willie McCreary | 2 |
| Company/Department: | Date: 9/7/04 |
| From: Ela Hnitecki | Fax number calling: 860-749-8330 |
| Re: Eff date | Reference: |

Remarks:

The information contained in this facsimile message, and in any accompanying documents, is intended only for the use of the individual or entity named above. This transmission may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If you are not the intended recipient or the employee/associate or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication or its substance is strictly prohibited. If you receive this communication in error, please notify the sender immediately by telephone to arrange for its destruction or return. Receipt of this communication by anyone other than the intended recipient is not a waiver of confidentiality or privilege for any information contained herein.

Rev. 4/31

Independent licensees of the Blue Cross and Blue Shield Association.
®Registered marks Blue Cross and Blue Shield Association.

Commonwealth of Massachusetts

Child Support Enforcement System

Exhibit N

Distribution Summary Report          09/21/2004

| Case NO | 001507900 | NCP PIN | 13894302 |
| --- | --- | --- | --- |
| | | Name | WILLIE  I  MCCREARY |

Date Range From :     08/31/2003     To     09/21/2004

| | | | |
| --- | --- | --- | --- |
| Total Receipt Count | 56 | Total Disbursements Count | 140 |
| Total Receipt Amount | 9,226.71 | Total Disbursements | 9,226.71 |
| Total Held | 0.00 | | |
| Total Refunded | 0.00 | Family Total | 6,845.71 |
| | | Agency Total | 2,381.00 |
| Total Distributed | 9,226.71 | Total Recouped | 0.00 |
| Total Distributed Assigned | 2,381.00 | | |
| Total Distributed Unassigned | 6,845.71 | Total Disbursements Held | 0.00 |
| | | Total Futures | 0.00 |

Exhibit O

# Providence
## BEHAVIORAL HEALTH HOSPITAL

*Our Mission is to Heal. Our Passion is to Care.*

1233 Main Street
Holyoke, MA 01040
**413-536-5111**
www.mercycares.com

## INTERNAL TRANSFER NOTIFICATION

August 27, 2004

Mr. Willie McCreary
17 Daytona Street
Springfield, MA  01108

Dear Willie,

On behalf of Dorian Fill and myself, congratulations on your acceptance of the Counselor position with the Adult Psychiatric Unit at Providence Behavioral Health Hospital. This is to notify you of your change from full-time to part-time.  Your rate of pay will remain the same.  In this position, you will be scheduled to work 24 hours per week, night shift, every weekend.   Your effective change of status is September 12, 2004.

Please indicate your acceptance of this change of status by signing and returning one copy of this letter to Human Resources. The second copy is for your records.

Congratulations again, Willie. Please contact me at 539-2821 if you have any questions regarding this change.

Sincerely,

Marianne Curto
HR Assistant

I accept this change of status as indicated above.

Employee Signature

8-30-04
Date

Providence Behavioral Health Hospital is a member of the Sisters of Providence Health System and Catholic Health East, sponsored by the Sisters of Providence

Exhibit A

9-23-04

DATA ENTERED
SEP 23 2004

I, Willie J. McCleary II am requesting that payroll continue to deduct $256.00 per week for child support payment as opposed to the amount $164.00

Willie J. McCleary II

*Exhibit Q*

## NOTICE TO MASSACHUSETTS EMPLOYERS

The front side of this document is a letter explaining income assignment for child support. It directs you to deduct a certain portion of an obligor's (employee's) pay according to the terms of a court order. The following information applies to all new and existing orders for income assignment pursuant to Chapter 119A, section 12 of the Massachusetts General Laws.

1. This order takes effect on the first payment of earnings which occurs more than three days after you receive this notice and continues until the employee leaves your employ or until you are notified by DOR to terminate the assignment.

2. You must send the amount ordered by the court **within three days** of the date on which the employee is paid.

3. In addition to the amount specified in the order, you may deduct a sum not exceeding one dollar from the employee's earnings for each pay period as reimbursement for costs incurred.

4. This order has priority over all other orders of assignment, attachment, liens, executions and other legal process from whatever source, notwithstanding any other provision of state law.

5. All payments must be made by check, money order or credit card and must include:
   A.    The employee's name; and
   B.    The employee's Social Security number.

6. If the employee leaves your employ, you are responsible for notifying DOR of his or her departure and, if known, subsequent employer prior to the time that the next payment is due.

7. Payroll deductions cannot exceed the following limits specified in federal law (Consumer Credit Protection Act (15 U.S.C. § 1673(b)).

   A.    If the employee owes arrears, which are 12, or more weeks past due, the maximum withholding is 55 percent of the employee's disposable earnings if supporting a spouse or dependent child, or 65 percent of the employee's disposable earnings if not supporting a spouse or dependent child.

   B.    If the employee does not owe arrears, which are 12, or more weeks past due, the maximum withholding is 50 percent of the employee's disposable earnings if supporting a spouse or dependent child, or 60 percent of employee's disposable earnings if not supporting a spouse or dependent child.

   C.    "Disposable earnings," is the amount left after legally required deductions for federal, state and local taxes, Social Security or governmental retirement programs have been made. Other deductions, such as those for union dues, health and life insurance, credit unions, contributions to charitable causes, voluntary income assignments, purchases of savings bonds, and payments to employers for payroll advances or purchases of merchandise may **not** be subtracted from gross earnings when calculating disposable earnings.

   If the deductions ordered on the attached form are greater than the applicable percentage of disposable earnings, deduct only the percentage permitted by law.

8. State law (G.L. c. 119A, § 12(f)(3)) provides as follows:

   If an employer fails to comply with an order of income assignment executed pursuant to this section, the court may on its own motion or upon report of the IV-D agency or other administrative agency of competent jurisdiction, summon the employer to appear in court and show cause why he or she should not be held in civil contempt for failure to obey said order. Said employer shall also be liable to the obligee [custodial parent or Massachusetts Department of Transitional Assistance] in a civil action, action for contempt, or other appropriate proceeding for the full amount of the income assigned and a civil penalty of five hundred dollars.

9. You may not discipline, suspend or discharge this employee because of this assignment. State Law (G.L. c. 119A, § 12 (f)(2)) provides as follows:

   Any employer who violates this section shall be liable in a civil action, action for contempt or other appropriate proceeding to such employee for all wages and employment benefits lost by the employee from the time of the unlawful discipline, suspension or discharge to period of the reinstatement.

   Federal law (15 U.S.C. § 1674) also provides that if you discharge the employee because of the assignment, you may be subject to a penalty of not more than one thousand dollars or imprisoned not more than one year, or both.

(F60551 02/03)

EXHIBIT    ℛ 03D-1572

## NET MONTHLY SALARIES

CT/DOC.....................................................$3520.00

PROVIDENCE HOPITAL................................$1388.00

....................................................................................................

SUBTOTAL..................................................$3908.00

RENT...........................................................$ 600.00

....................................................................................................

TOTAL.........................................................$4508.00

CHILD SUPPORT........................................-$2005.00

....................................................................................................

$2503.00

MONTHLY EXPENSES.................................-$2611.00

....................................................................................................

TOTAL.........................................................-$108.00*

*THIS DOES NOT INCLUDE HEATING OIL EXPENSE

03D-1572   EXHIBIT      S

## SUMMARY OF ANNUAL EXPENSES

**ANNUAL NET SALARY : $4508 X 12 = $54,096**

**MONTHLY EXPENSES : $2611 X 12 = $31,332**

**QUARTERLY EXPENSES :( PROPERTY TAXES ) $525 X 4 = $2100**

**QUARTERLY EXPENSES : ( SUPPLEMENTAL INSURANCE ) $117 X 4 =$468**

**QUARTERLY EXPENSES : ( HOME ALARM ) $72 X 4 =$288**

**ANNUAL COSTCO MEMBERSHIP : $100**

**ANNUAL AAA MEMBERSHIP : $124**

.....................................................................................................................................................

**SUBTOTAL**.............................................................................**$34,412**

**CHILD SUPPORT**....................................................................**$24,060**

.....................................................................................................................................................

**TOTAL**...............................................................................**$58,472***

**ANNUAL NET SALARY**...........................................................**$54,096**

**ANNUAL NET EXPENSES**.......................................................**-$58,472**

.....................................................................................................................................................

**-$4,376**

**\*THIS DOES NOT INCLUDE HEATING OIL WHICH IS CURRENTLY AT $4200.28.  IF HEATING OIL IS FACTORED IN, IT IS A -$8576.28.**



# STATE OF CONNECTICUT
## *DEPARTMENT OF CORRECTIONS*
### *HUMAN RESOURCES*
**24 WOLCOTT HILL ROAD**
**WETHERSFIELD, CONNECTICUT  06109**

*Exhibit T*

To:      Whom it may Concern

From:   Wendy Stoodley, Personnel Officer, (860) 692-6857

Date:    2/17/05

Re:      Information on Pension


    This is to make you aware that our state employees are not allowed to withdraw funds from their State Retirement Pension fund, nor may it be used as collateral or security for a loan.

    Sincerely,

*Wendy Stoodley*

*An Equal Opportunity Employer*

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Willie J. McCreary

**DEFENDANTS**

Judges Anne Geoffrion + Marie Lyons + Attorney Nancy D. O'Connor

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)  Pro se

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  |  ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment /  **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☒ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☒ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Violations of 4th, 5th + fourteenth Amendments, discrimination

Brief description of cause:
Plaintiff not being heard, abuse of process, unlawfully deprived of property

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE  Anne Geoffrion + Marie Lyons

DOCKET NUMBER  03D-1572

DATE  2-23-05

SIGNATURE OF ATTORNEY OF RECORD  Willie G. McCreary II

### FOR OFFICE USE ONLY

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

305865

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only). Willie J. McCreary VS Judge
Anne Geoffrian, Judge Marie Lyms + Attorney Nancy D. O'Connor

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

___ I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

___ II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,          *Also complete AO 120 or AO 121
740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
380, 385, 450, 891.

___ IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
690, 810, 861-865, 870, 871, 875, 900.

___ V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.    03D-1572 - Family Probate Court

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

YES ☐          NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

YES ☐          NO ☒

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

YES ☐          NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

YES ☒          NO ☐ ?

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

YES ☒          NO ☐

A. If yes, in which division do all of the non-governmental parties reside?

Eastern Division ☐          Central Division ☐          Western Division ☒

B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

Eastern Division ☐          Central Division ☐          Western Division ☒

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

YES ☐          NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Willie J. McCreary II - Pro Se
ADDRESS  12 Daytona Street
TELEPHONE NO.  Springfield MA 01108

Coversheetlocal.wpd - 10/17/02