| | | |
|---|---|---|
| Willie J. McCreary II, | | United States District Court |
| Plaintiff | | Clerk of Court |
| VS | | United States Courthouse |

Judge Anne Geoffrion, Judge Marie Lyons, and Attorney Nancy D. O'Connor,

Defendants

05 CV 30053-KPN

It now comes before the Court, Willie J. McCreary II, in filing a Motion for a Civil Injunction against Justices Anne Geoffrion and Marie Lyons, and Attorney Nancy D. O'Connor. The Plaintiff is currently in a Divorce proceeding Linda A. McCreary, Plaintiff VS Willie J. McCreary II, Defendant, Docket #03D-1572. Throughout these proceedings, the Plaintiff in this action has been denied due process, equal protection under the law, further, the Plaintiff contends his Fourth, Fifth, and Fourteenth Amendments rights were Violated due to the biased and prejudiial stance and attitude of Judge Geofrrion and Judge Lyons. They have not been impartial or conducted themselves with an appropriate and judicious manner. The Plaintiff filed motions for them to recuse themselves, but to no avail. In seeking relief. The Plaintiff filed complaints with the Commission on Judicial Conduct, again to no avail. The Plaintiff contends they are discriminatory, capricious, in violating the Plaintiff's rights without any concern for justice or fairness. Attorney Nancy D. O'Connor was hired by Linda A McCreay, yet, she constantly ask the court to order this Plaintiff to pay Linda A. McCreary 's legal fees, this is a classic case of Abuse of the Process. On February 17, 2005, the Plaintiff was deprived of liberty, and under duress by Judge Lyons to agree to take a loan from his Supplemental Insurance policy for over $13,000 or be sentenced to 120 days in Ludlow Jail. This will cause irreparable harm to the Plaintiff, an he is therefore seeking an Injunction against Judge Lyons

who has only suspended the sentence until February 24, 2005.

Signed under the pains and penalties of perjury this 23rd day of February, 2005.

*/s/ Willie J. McCreary II*

Willie J. McCreary II, Pro Se
17 Daytona Street
Springfield, MA 01108
(413) 204-5787