UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIE J. McCEARY II<br>    Plaintiff,<br>    v.<br>JUDGE ANNE GEOFFRION and<br>JUDGE MARIE LYONS<br>    Defendants. | CIVIL ACTION<br>NO. 05-30053-KPN |

TO THE CLERK OF THE ABOVE NAMED COURT:

  Please enter my appearance as attorney for the Defendants Judge Anne Geoffrion and Judge Marie Lyons in the above entitled action.

            Respectfully submitted,
            Commonwealth of Massachusetts
            By Its Attorney,

            THOMAS F. REILLY
            ATTORNEY GENERAL

            _____
            William P. O'Neill
            Assistant Attorney General
            Western Massachusetts Division
            436 Dwight Street
            Springfield, MA 01103-1549
            (413)784-1240 FAX: 784-1244
            BBO#379745