# United States District Court
## District of Massachusetts

| | |
|---|---|
| WILLIE J. McCREARY II,<br>    PLAINTIFF,<br><br>v.<br><br>JUDGE ANNE GEOFFRION, JUDGE MARIE LYONS, ATTORNEY NANCY D. O'CONNOR,<br>    DEFENDANTS. | CIVIL ACTION NO. 05-30053-KPN |

## APPEARANCE

To The Clerk Of This court and all parties of record:

Please enter my appearance as counsel in this case for the Defendant, Attorney Nancy D. O'Connor.

Respectfully submitted,

_____
Edward M. Pikula, Esq.
BBO#399770
O'CONNOR, MARTINELLI, CULLINAN & PIKULA
1391 Main Street – Suite 1022
Springfield, Massachusetts 01103
Telephone:    (413) 781-5311
Telefax:    (413) 746-2707

**CERTIFICATE OF SERVICE**
I, Edward M. Pikula, hereby certify that I served the foregoing by hand-delivery or mailing a copy, First Class Mail, postage prepaid, this date to:
**Willie J. McCreary, II**
17 Daytona Street
Springfield, MA 01108
PRO SE
**William P. O'Neil**
Office of the Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629

Edward M. Pikula, Esq.
SIGNED under the pains and penalties of perjury.
Dated: March 21, 2005