# United States District Court
# District of Massachusetts

| | |
|---|---|
| WILLIW J. McCREARY II,<br>    PLAINTIFF,<br><br>v.<br><br>JUDGE ANNE GEOFFRION, JUDGE MARIE LYONS, ATTORNEY NANCY D. O'CONNOR,<br>    DEFENDANTS. | CIVIL ACTION NO. 05-30053-KPN |

## MOTION TO DISMISS
## ON BEHALF OF
## DEFENDANT NANCY O'CONNOR

Now comes the Defendant, ATTORNEY NANCY D. O'CONNOR, and moves this honorable court, pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the complaint filed by the Plaintiff.

As grounds therefore, Defendant states that the complaint fails to state a complaint upon which relief can be granted.

Respectfully submitted,

Edward M. Pikula, Esq.
BBO#399770
O'CONNOR, MARTINELLI, CULLINAN & PIKULA
1391 Main Street – Suite 1022
Springfield, Massachusetts 01103
Telephone: (413) 781-5311
Telefax: (413) 746-2707

**CERTIFICATE OF SERVICE**
I, Edward M. Pikula, hereby certify that I served the foregoing by hand-delivery or mailing a copy, First Class Mail, postage prepaid, this date to:
**Willie J. McCreary, II**
17 Daytona Street
Springfield, MA 01108
PRO SE
**William P. O'Neil**
Office of the Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629

Edward M. Pikula, Esq.
SIGNED under the pains and penalties of perjury.
Dated: March 19, 2005

1