WILLIE J. MCCREARY II,
        Plaintiff
        Vs
JUDGE ANNE GEOFFRION and
JUDGE MARIE LYONS
        Defendants

CIVIL ACTION
NO. 05—30053-KPN

March 21, 2005

It now comes before the court Willie J. McCreary II a motion contesting the appearance as attorney for the Defendants Judge Anne Geoffrion and Judge Marie Lyons in the above entitled Civil Action. It is improper for these two Defendants to have a public servant, namely, an Assistant Attorney General to appear as their attorney. It is most proper for them to seek out the legal services of their own private attorneys. It is fundamentally unfair, inappropriate, and tantamount to **conflicts of interest** if the Appearance of Mr. William P. O'Neill is allowed to go forward. This Plaintiff can not afford legal representation; hence, the Plaintiff's **pro se status.** Further, these defendants should experience the financial hardships incumbent upon the average ( the public ) citizen when a attorney states he/she will handle a case as long as he/she will be compensated with a $2000.00 down payment and thereafter an hourly expense of $200.00 an hour. This is egregious , bordering on offensive to , in a sense, shield Judge Geoffrion and Judge Lyons from the often-time overly expensive realities of obtaining legal representation.

*[signature]*, Pro se
Willie J. McCreary II, Pro se