UNITED STATES DISTRICT COURT
District of Massachusetts

| | |
|---|---|
| WILLIE J. McCREARY, II,           ) | JUDGMENT IN A CIVIL CASE |
|        Plaintiff           ) | |
|        ) | |
| v.           ) | Civil Action No. 05-30053-KPN |
|        ) | |
| JUDGE ANNE GEOFFRION, et al.,   ) | |
|        Defendants           ) | |

☐   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered for Defendants, in accord with the court's electronic order entered on April 27, 2005, having allowed their motions to dismiss the complaint.

| | |
|---|---|
| April 28, 2005 | Sarah A. Thornton |
| Date | Clerk |

By:   /s/ Bethaney A. Healy
      Deputy Clerk